MINTA B. TROTMAN, Respondent, v. THE CITY OF NEW YORK and Another, Defendants, and LEON GOLDBAUM, Appellant.— Action for personal injuries

resulting from plaintiff's being struck by a joist from a building in the course of demolition by defendant Goldbaum. Judgment in favor of plaintiff against defendant city of New York and defendant Goldbaum, and order denying motion for a new trial, unanimously affirmed, with costs. No opinion. Present — Carswell, Davis, Johnston, Adel and Close, JJ. [See *ante*, p. 775.]